# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00241-CV

**Office of The Attorney General of The State of Texas; and Warren Kenneth Paxton, Jr., in his Official Capacity as Attorney General, Appellants**

**v.**

**PFLAG, Inc., Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-001276, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant The Office of The Attorney General of The State of Texas (OAG) has filed an Unopposed Second Motion to Abate Appeal Pending Final Judgment and Alternative Relief requesting that this interlocutory appeal be abated pending entry of final judgment in the district court. OAG represents that a trial on the merits occurred on June 10, 2024, and that a post-trial hearing is set for September 16, 2024. OAG represents that Appellee PFLAG, Inc., does not oppose the motion.

We grant the motion and abate this appeal. This Court's temporary order reinstating the trial court's March 25, 2024 "Order Granting Plaintiff's Application for Temporary Injunction" shall remain in effect during the pendency of the abatement. On or

before September 23, 2024, the parties shall file a status report of this cause.[1]  If necessary, the due date for appellants' brief will be set when this cause is reinstated.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed:  August 16, 2024

---

[1]  This cause is subject to transfer to the 15th Court of Appeals before the final due date of the status report.  *See* Tex. Gov't Code § 22.220(d); Act of May 21, 2023, 88th Leg., R.S., ch. 459, § 1.15, 2023 Tex. Gen. Laws 1113, 1117-18.